People v Danna (2023 NY Slip Op 04913)

People v Danna

2023 NY Slip Op 04913

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023

PRESENT: WHALEN, P.J., SMITH, LINDLEY, CURRAN, AND BANNISTER, JJ. (Filed Sept. 29, 2023.)

KA 20-01169.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JERRY A. DANNA, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion to dismiss appeal granted. Matter remitted to Cattaraugus County Court to vacate judgment of conviction and dismiss superior court information (see People v Matteson , 75 NY2d 745, 747 [1989]).